UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AURORA N. MILOT, | Case No. 1:14-cv-759 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Karen L. Litkovitz |
| vs. | |
| T.J. MAXX, | |
| Defendant. | |

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 13)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 23, 2015, submitted a Report and Recommendations. (Doc. 13). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly:

1. Plaintiff's motion to continue the case (Doc. 11) is **DENIED**;

2. Defendant's motion to dismiss the complaint (Doc. 8) is **GRANTED** and this case is **CLOSED**; and

3. A certificate of appealability under 28 U.S.C. § 1915(a)(3) would not be taken in good faith and therefore an application to proceed on appeal *in forma pauperis* is **DENIED**.

**IT IS SO ORDERED**.

Date: 3/16/15

*Timothy S. Black*
Timothy S. Black
United States District Judge